IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00065-BNB

THOMAS ERIC ESPINOZA,

Plaintiff,

v.

ARAPAHOE COUNTY DETENTION CENTER,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Thomas Eric Espinoza initiated this action by filing a *pro se* Prisoner Complaint. On January 11, 2008, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Espinoza to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Espinoza either to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative to pay the $350.00 filing fee in advance. Mr. Espinoza was warned that the Complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Espinoza has failed to cure the deficiencies within the time allowed. Therefore, the Complaint and the action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 25 day of February, 2008.

BY THE COURT:

*signature*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00065-BNB

Thomas Eric Espinoza
Prisoner No. 200500001675
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/26/08

                             GREGORY C. LANGHAM, CLERK

                      By: _Angie_
                            Deputy Clerk