IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00065-BNB

THOMAS ERIC ESPINOZA,

Plaintiff,

v.

ARAPAHOE COUNTY DETENTION CENTER,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2008

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Thomas Eric Espinoza, a detainee at the Arapahoe County Detention Center in Centennial, Colorado, filed a *pro se* Letter with the Court on March 5, 2008. The Court must construe the Letter liberally because Mr. Espinoza is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Letter, therefore, will be construed as a Motion to Reconsider. For the reasons stated below, the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Espinoza filed the Letter within ten days after the Judgment was

entered in the instant action. The Court, therefore, will construe the Letter as a Motion to Reconsider filed pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

In the February 26, 2008, Order of Dismissal, the Court dismissed the action because Plaintiff failed to cure the deficiencies identified in the January 11, 2008, Order. Specifically, Plaintiff failed to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to provide a certified copy of his trust fund account statement. In the Letter, Mr. Espinoza claims that he sent a certified copy of this account statement to the Court, and he claims that he has complied with every requirement set forth in Magistrate Judge Boyd N. Boland's January 11, 2008, Order.

The Court notes that Mr. Espinoza filed a second case, Case No. 08-cv-00064-BNB, at the same time he filed the instant action in this Court. In a review of the Docket, in Case No. 08-cv-00064-BNB, the Court finds that Mr. Espinoza submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his trust fund account statement. He, however, is required to provide a Motion and Affidavit and a certified account statement in each case that he files with the Court. Mr. Espinoza did not do so in the instant action.

The Court, therefore, concludes that Mr. Espinoza fails to demonstrate some reason why the Court should reconsider and vacate the February 26, 2008, Order of Dismissal. Mr. Espinoza is reminded that the instant action was dismissed without prejudice, and he may, if he desires, seek to file a new action. Accordingly, it is

ORDERED that the Letter, (Doc. No. 5), filed March 5, 2008, is construed as a Motion to Reconsider, pursuant to Fed. R. Civ. P. 59(e), and is denied.

DATED at Denver, Colorado, this 27 day of March, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00064-BNB

Thomas Eric Espinoza
Prisoner No. 200500001675
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/28/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk